TRANSFERRED OUT

# U.S. District Court
## Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:06–cv–03057–LSC

Wilson v. Dolgencorp, Inc. et al  
Assigned to: Judge L Scott Coogler  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 11/03/2006  
Date Terminated: 03/30/2010  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Joy Wilson**     represented by     **J Allen Schreiber**  
SCHREIBER &PETRO PC  
301 19th Street N, Suite 580  
Birmingham, AL 35203  
205–871–5080  
Fax: 205–879–6960  
Email: allen@sppclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jere L Beasley**  
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC  
PO Box 4160  
Montgomery, AL 36103–4160  
1–334–269–2343  
Fax: 334–954–7555  
Email: jere.beasley@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**P Mark Petro**  
SCHREIBER &PETRO PC  
301 19th Street N, Suite 580  
Birmingham, AL 35203  
205–871–5080  
Fax: 205–879–6960  
Email: ppetro@sppclaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Roman A Shaul**  
BEASLEY ALLEN CROW METHVIN PORTIS &MILES PC  
PO Box 4160  
Montgomery, AL 36103–4160  
1–334–269–2343  
Email: roman.shaul@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

          **W Daniel Miles , III**
          BEASLEY ALLEN CROW METHVIN PORTIS
          &MILES PC
          P O Box 4160
          Montgomery, AL 36103–4160
          334–269–2343
          Fax: 334–954–7555
          Email: dee.miles@beasleyallen.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dolgencorp, Inc.**        represented by  **J Trent Scofield**
          OGLETREE DEAKINS NASH SMOAK
          &STEWART PC
          One Federal Place, Suite 1000
          1819 5th Avenue, North
          Birmingham, AL 35203
          205–328–1900
          Fax: 205–328–6000
          Email: trent.scofield@odnss.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Joel S Allen**
          MORGAN LEWIS &BOCKIUS LLP
          1717 Main Street, Suite 3200
          Dallas, TX 75201
          214–466–4106
          Fax: 214–466–4001
          Email: joel.allen@morganlewis.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Keith D Frazier**
          OGLETREE DEAKINS NASH SMOAK
          &STEWART PC
          SunTrust Plaza
          401 Commerce Street, Suite 1200
          Nashville, TN 37219
          615–254–1900
          Fax: 615–254–1908
          Email: keith.frazier@odnss.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Melissa M Hensley**
          MORGAN LEWIS &BOCKIUS LLP
          1717 Main Street, Suite 3200
          Dallas, TX 75201
          214–466–4130

Fax: 214–466–4001
Email: melissa.hensley@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
MORGAN LEWIS &BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
214–466–4111
Fax: 214–466–4001
Email: ron.manthey@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dollar General Partners** represented by **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa M Hensley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald E Manthey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dolgencorp of New York, Inc.** represented by **J Trent Scofield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel S Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith D Frazier**

|  |  |  |
|--|--|--|
|  |  | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Melissa M Hensley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ronald E Manthey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|--|--|--|
| **Dolgencorp of Texas, Inc.** | represented by | **J Trent Scofield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joel S Allen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Keith D Frazier**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Melissa M Hensley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ronald E Manthey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|--|--|--|
| 11/03/2006 | Ï 1 | ORDER granting in part 23 dft's motion for severance and separate trials filed by Dolgencorp, Inc., withholding ruling on the remaining plas' cases; Clerk is directed to sever the causes of the plas listed in the table (non–Alabama plaintiffs) attached to this order; Clerk is to electronically copy the complaint and answer filed in case number CV–06–LSC–1538–W to the docket of the severed cases; plas to pay the filing fees for each of the severed cases by 12/5/06, failure to pay filing fee will result in dismissal w/prej; cases are to be directly assigned to the undersigned; all of the above severed cases shall be consolidated for discovery purposes under case CV–06–LSC–1538–W. Signed by Judge L Scott Coogler on 11/3/2006. (Attachments: # 1 non–Alabama by jurisdiction)(BST) (Entered: 11/06/2006) |

| | | |
|---|---|---|
| 11/03/2006 | Ï 2 | COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/7/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 3 | FIRST AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A) (deemed filed 8/9/06 in CV–06–CO–1538–S)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 4 | SECOND AMENDED COMPLAINT against Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Dolgencorp, Inc., filed by Plaintiff. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (deemed filed 9/5/06 in CV–06–LSC–1538–W) (BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 5 | ANSWER to First Amended Complaint by Dolgencorp, Inc. (deemed filed 9/5/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 11/03/2006 | Ï 6 | ANSWER to Second Amended Complaint by Dolgencorp, Inc. (deemed filed 9/19/06 in CV–06–LSC–1538–W)(BST) (Entered: 11/06/2006) |
| 12/05/2006 | Ï | Filing fee: $ 350, receipt number 200 231881 (autouser, ) (Entered: 12/14/2006) |
| 03/30/2010 | Ï 7 | ORDER transferring case to another district: ORDER transferring case to the District of Western Kentucky; original electronic record will be sent to Clerk of Court 10 business days from this date.. Signed by Judge L Scott Coogler on 3/30/10. (KGE, ) (Entered: 03/30/2010) |