IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:10-cv-00071-TBR
(Electronically Filed)

JOY WILSON                                                                              PLAINTIFF

v.          **<u>JOINT NOTICE OF ORDER DENYING TRANSFER TO MDL NO. 1635</u>**

DOLGENCORP INC., *et al.*                                                               DEFENDANTS

**** **** ****

COME NOW Plaintiff(s) and Defendant and file this Joint Notice of Order Denying Transfer to MDL No. 1635, and provide the following notice:

Plaintiff(s) herein was/were among the 719 Plaintiffs who moved, on April 23, 2010, for transfer of Plaintiff's(s') case(s) to the Northern District of Alabama for inclusion in MDL No. 1635. Defendants — Dolgencorp, LLC, Dolgencorp of Texas, Inc., Dolgencorp of New York, Inc., and Dollar General Partners — opposed this motion, and submitted their opposition on May 25, 2010. On June 8, 2010, Plaintiffs filed their reply to Defendants' response, and on June 11, 2010, Defendants filed their motion for leave to file sur-reply (with sur-reply attached thereto).

On August 9, 2010, the United States Judicial Panel on Multidistrict Litigation entered an order denying transfer (attached hereto as Exhibit A).

*s/Lance Gould (with permission)*

C. Lance Gould
Roman A. Shaul
Jere L. Beasley
W. Daniel Miles, III
BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
Telephone:  (334) 269-2343
Facsimile:  (334) 954-7555
lance.gould@beasleyallen.com
roman.shaul@beasleyallen.com

**COUNSEL FOR PLAINTIFFS**

*s/ Craig P. Siegenthaler*

Craig P. Siegenthaler
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY 40202
Telephone:  (502) 561-3990
Facsimile:  (502) 561-3991
csigenthaler@laborlawyers.com

**COUNSEL FOR DEFENDANTS**

Joel S. Allen
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile: (214) 466-4001
joel.allen@morganlewis.com

**CO-COUNSEL FOR DEFENDANTS**

2